[No. 24093-9-II.   Division Two.   June 9, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS EUGENE RANDALL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 98-8-01079-2, Alicia Lowe, J. Pro Tem., entered November 13, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Bridgewater, JJ.

[Nos. 41608-1-I; 43600-7-I.   Division One.   June 12, 2000.]

*In the Matter of the Marriage of* JOEL MELVIN WADE, *Respondent*, and SANDRA LEE EVANS WADE, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 96-3-06251-4, Jeffrey Michael Ramsdell, J., entered October 9, 1997. *Affirmed as modified* by unpublished opinion per Coleman, J., concurred in by Grosse and Cox, JJ.

[No. 45013-1-I.   Division One.   June 12, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN MALCOLM STEWART, *Appellant*.

Appeal from a judgment of the Superior Court for King County, 98-1-09904-2, Dean Scott Lum, J., entered July 9, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45041-7-I.   Division One.   June 12, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN PEELER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-02373-7, Anthony P. Wartnik, J., entered July 23, 1999. *Affirmed* by unpublished per curiam opinion.